```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMAL JEET SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCIS D. SICILIANO, Officer-in-Charge, ) <br> USCIS San Jose Sub-Office; ROSEMARY ) <br> MELVILLE, District Director, USCIS San ) <br> Francisco District Office; ALEJANDRO ) <br> MAYORKAS, Director, U.S. Citizenship and ) <br> Immigration Services; JANET NAPOLITANO, ) <br> Secretary, U.S. Department of Homeland ) <br> Security; ERIC H. HOLDER, Jr., U.S. Attorney ) <br> General; ROBERT S. MUELLER, III, Federal ) <br> Bureau of Investigations, ) <br> ) <br> Defendants. ) <br> ) | No. C 09-3986 JCS <br><br> **STIPULATION TO DISMISS and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

Stipulation to Dismiss
C09-3986 JCS                                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: November 13, 2009                    Respectfully submitted,

3 |                                             JOSEPH P. RUSSONIELLO
                                                United States Attorney

4 |

5 |                                                    /s/
                                                MELANIE L. PROCTOR[1]
6 |                                             Assistant United States Attorney
                                                Attorneys for Defendants

7 |

8 |
    Dated: November 13, 2009                         /s/
9 |                                             ROBERT B. JOBE
                                                Attorney for Plaintiff

10 |

11 |

12 |                                **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 |
    Date: 11/16/09
16 |                                             JOSEPH C. SPERO
                                                United States Magistrate Judge

17 |

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C09-3986 JCS                                    2